James D. Smith (#016760)
Joseph N. Roth (#025725)
Michael J. Price (#035119)
OSBORN MALEDON, P.A.
2929 North Central Avenue
21st Floor
Phoenix, Arizona 85012-2793
(602) 640-9000
jsmith@omlaw.com
jroth@omlaw.com
mprice@omlaw.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| L1 Management, LLC, dba Level One Labs,<br><br>Plaintiff,<br><br>vs.<br><br>AB Sciex, LLC,<br><br>Defendant. | No.<br><br>NOTICE OF REMOVAL |

**PLEASE TAKE NOTICE** that, under 28 U.S.C. §§ 1332(a), 1441(a), and 1446, Defendant AB Sciex, LLC removes this action captioned *L1 Management, LLC, dba Level One Labs, an Arizona Limited Liability Company v. AB Sciex, LLC, a Foreign Limited Liability Company; John and Jane Doe I–X; XYZ Entities I–X*, Case No. CV2022-017074 (the "State Court Action"), from the Arizona Superior Court in Maricopa County, to the United States District Court for the District of Arizona. A copy of this notice is being filed with the superior court.

Sciex has not yet responded to the Complaint in the State Court Action, denies the allegations contained therein, and files this Notice without waiving any defenses,

exceptions, or rights that may exist in its favor in either state or federal court.

In support of its Notice of Removal, Sciex sets forth the following:

### STATEMENT OF REMOVAL AND JURISDICTION - DIVERSITY

1. On December 27, 2022, Plaintiff, L1 Management, LLC dba Level One Labs, brought this action in Arizona Superior Court. In general, Level One alleges that Sciex breached its contract with Plaintiff by failing to timely deliver a working piece of equipment capable of testing marijuana samples for various pesticides. Level One also alleges that Sciex violated the Consumer Fraud Act (A.R.S. §§ 44-1521 through 44-1534). True and correct copies of the Summons, Complaint, and other documents filed previously in the State Court Action are attached as Exhibit 1.

2. Sciex was served with a copy of the Summons and Complaint on January 17, 2022. This removal is timely under 28 U.S.C. § 1446 as Sciex filed this Notice within 30 days of service of the Summons and Complaint.

3. This division of the District Court is the proper court for removal because the state court action was filed in this District, in Maricopa County, Arizona. *See* 28 U.S.C. § 1446(a).

4. The State Court Action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1332(a) and is one that Sciex may remove to this Court under 28 U.S.C. § 1441(a) and (b) because there is complete diversity of citizenship between Level One and Sciex, and the amount in controversy exceeds $75,000.

### CITIZENSHIP OF THE PARTIES - COMPLETE DIVERSITY

5. Defendant is a Delaware limited liability company and has its principal place of business in the Commonwealth of Massachusetts. (Compl. ¶ 2; H. Levin Decl. ¶ 4, attached as Ex. 2). For the purposes of diversity jurisdiction, "an LLC is a citizen of every state of which its owners/members are citizens." *MAG US Lounge Mgmt., LLC v. Ontario Int'l Airport Auth.*, 2022 WL 17664000, *1 (9th Cir. Dec. 14, 2022) (quotations omitted); *see* 28 U.S.C. § 1332(c). The Declaration of Heather A. Levin (Assistant

General Counsel of Sciex) explains that none of its members is an Arizona citizen. (H. Levin Decl. ¶ 4, attached as Ex. 2). Level One's Complaint also names "John and Jane Doe I–X" and "XYZ Entities I–X" defendants sued under fictitious names. (Compl. ¶ 4). Under 28 U.S.C. § 1441(b)(1), the Court disregards fictitious parties' citizenship to decide diversity jurisdiction.

6.    According to paragraph 1 of the Complaint, Level One is an Arizona limited liability company. For purposes of diversity jurisdiction, the citizenship of a limited liability company is determined by the citizenship of its members. A search of the Arizona Corporation Commission's website reflects that Level One is an Arizona professional limited liability company. While its "members" are not listed, the website shows that Level One has three "managers": George Griffeth, Connor Griffeth, and Brian Griffeth.[1] (Ex. 3, Ariz. Corp. Comm'n records). The website shows that George Griffeth, Connor Griffeth, and Brian Griffeth reside in Arizona. (*Id.*). Because George Griffeth, Connor Griffeth, and Brian Griffeth reside in Arizona, they are citizens of Arizona under 28 U.S.C. § 1332(a). *See, e.g.*, *NewGen, LLC v. Safe Cig, LLC,* 840 F.3d 606, 614 (9th Cir. 2016) ("It is a longstanding principle that '[t]he place where a person lives is taken to be his domicile until facts adduced establish the contrary.'"). As Level One is an Arizona professional limited liability company whose sole members (or managers) are Arizona citizens, Level One is a citizen of Arizona.

7.    There is complete diversity of citizenship as to the claims against Sciex within the meaning of 28 U.S.C. § 1332(a) because Level One is a citizen of Arizona and Sciex is a not a citizen of Arizona.

---

[1] To assess its jurisdiction, the Court may consider information outside of the Complaint. *See, e.g., Adler v. Fed. Republic of Nigeria,* 107 F.3d 720, 728 (9th Cir. 1997). The Court "may properly take judicial notice of public records filed with the Arizona Corporation Commission because such filings are not subject to reasonable dispute." *Villa v. Collins Court Apts.*, 2020 WL 673498, *4 n.3 (D. Ariz. Feb. 11, 2020) (quotations omitted).

3

**AMOUNT IN CONTROVERSY**

8.  Level One's Complaint alleges that the parties entered into a contract for the sale of equipment for approximately $400,000.00. (Compl. ¶ 3). The Complaint alleges claims for breach of contract and a violation of the Consumer Fraud Act.

9.  The Complaint does not state the precise amount alleged to be in controversy,[2] but it alleges that Level One suffered "damages in an amount no less than $400,000.00" on its Consumer Fraud Act claim alone. (Compl. ¶ 41). Level One also alleges that it sustained and continues to suffer additional damages on its breach of contract claim, including hard and opportunity costs in an amount to be proven at trial or otherwise. (Compl. ¶¶ 28, 29, 35) ("[L]evel One wasted massive amounts of expensive consumables chasing baseless commands from Sciex staff. Additionally, Level One experienced a 50% loss of production capacity, thereby severely limiting Level One's ability to expand its market share during a time of explosive market growth."). Further, the Complaint requests recovery of attorney fees. (Compl. ¶ 36). *See Treon v. Aetna Life Ins. Co.*, 2020 WL 2537484, at *4 (D. Ariz. May 19, 2020) (attorney fees are included in the amount in controversy where an underlying statute authorizes such an award); A.R.S. § 12–341.01 (authorizing recovery of attorney fees for actions based on a contract).

10. Level One seeks damages greater than $75,000.[3]

---

[2] Where, as here, "the plaintiff's complaint does not state the amount in controversy, the defendant's notice of removal may do so." *Dart Cherokee Basin Operating Co. v. Owens,* 574 U.S. 81, 84 (2014) (citing 28 U.S.C. § 1446(c)(2)(A)). Under § 1446(a), a "notice of removal need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Id.* at 89.

[3] Sciex may supplement this information if jurisdiction is challenged. *E.g., Dart Cherokee Basin,* 574 U.S. at 88; *see also Cohn v. Petsmart, Inc.,* 281 F.3d 837, 840 n.1 (9th Cir. 2002).

9804896

**FILING WITH STATE COURT AND SERVICE ON PLAINTIFFS**

11. Sciex will promptly file this Notice of Removal with the Clerk of the Arizona Superior Court in Maricopa County and will serve a copy on Level One under 28 U.S.C. § 1446(d).

**CONCLUSION**

Sciex respectfully requests removal of the state court action from the Arizona Superior Court in Maricopa County to the United States District Court for the District of Arizona.

DATED this 15th day of February, 2023.

                        OSBORN MALEDON, P.A.

                        By    *s/ Michael J. Price*
                               James D. Smith
                               Joseph N. Roth
                               Michael J. Price
                               2929 North Central, 20th Floor
                               Phoenix, Arizona  85012-2794

                               Attorneys for Defendant

9804896