James D. Smith, 016760
Joseph N. Roth, 025725
Michael J. Price, 035119
OSBORN MALEDON, P.A.
2929 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
(602) 640-9000
jsmith@omlaw.com
jroth@omlaw.com
mprice@omlaw.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| L1 Management, LLC, dba Level One Labs,<br><br>  Plaintiff,<br><br>v.<br><br>AB Sciex, LLC,<br><br>  Defendant. | No. CV-23-00292-PHX-MTL<br><br>STIPULATION TO DISMISS WITH PREJUDICE |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to dismiss this matter with prejudice, each side to bear its fees and costs.

DATED this 8th day of May, 2023.

OSBORN MALEDON, P.A.


By s/James D. Smith
    James D. Smith
    Joseph N. Roth
    Michael J. Price
    2929 North Central Avenue, Suite 2000
    Phoenix, Arizona 85012

Attorneys for Defendant

9916149

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GEORGE E. GRIFFETH, ESQ.


By s/George E. Griffeth (with permission)
    George E. Griffeth
    5 Spur Circle
    Scottsdale, Arizona 85251

-and-

LAW OFFICE OF FLORENCE M. BRUEMMER, P.C.
Florence M. Bruemmer
42104 North Venture Drive, Suite A122
Anthem, Arizona 85086

Attorneys for Plaintiff